◆AO 240 (Rev. 10/03)

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

_____ District of _____

SEP 0 7 2004

Michael N. Milby
Clerk of Court

|  |  |
|---|---|
| Plaintiff<br><br>V.<br><br>Defendant | **APPLICATION TO PROCEED<br>WITHOUT PREPAYMENT OF<br>FEES AND AFFIDAVIT**<br><br>CASE NUMBER: B-04-CV-132 |

I, Alfredo García González _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☒ Yes        ☐ No        (If "No," go to Part 2)

   If "Yes," state the place of your incarceration   Big Spring Correctional Center I 20 Unit.

   Are you employed at the institution?  Yes   Do you receive any payment from the institution?  Yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?        ☐ Yes        ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☒ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

In the past ]2 months, I received $ 119.53 dollars as gifts from family members as to how much do I expect to receive, that I do not know since this money is only a gift not a compromise for my family.

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   To this date, I have no dependants to whom I have to provide for.

I declare under penalty of perjury that the above information is true and correct.

*Alfredo Gonzalez G.*

08-18-2004                        Alfredo García González
Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
RESIDENT TRANSACTION REPORT                                              Page 1 of 1

Big Spring Correctional Center
08/13/04 13:40
ST 040 / OPR RG

BOP Number          :  18069179
Resident Name       :  GONZALEZ, ALFREDO GARCIA
Time Frame          :  04/09/2004 14:45 - 08/13/2004 13:40

-----------------------------------------------------------------------------
Date        Time   Type                       ST   OPR    Receipt #     Amount
-----------------------------------------------------------------------------

04/09/2004  14:45  Intake-Cash                 1   cobra  A731            0.96
05/05/2004  13:08  Payroll Paid               10   jcs    J126           17.16
05/07/2004  14:40  Payroll Paid               10   jcs    J1483           5.00
05/11/2004  08:29  Order-Swanson               1   afs    A6414          22.20
05/11/2004  08:29  Order-Swanson-Sales Tax     1   afs    A6414           0.66
05/11/2004  14:25  Payroll Paid               10   jcs    J2346           2.00
06/02/2004  14:37  Payroll Paid               10   jcs    J3235          17.64
06/02/2004  14:46  Payroll Paid               10   jcs    J3262           5.00
06/07/2004  10:48  Order-Swanson               1   glv    A12141         20.00
06/07/2004  10:48  Order-Swanson-Sales Tax     1   glv    A12141          0.91
06/21/2004  08:42  Order-Swanson               1   glv    A15112          3.65
06/21/2004  08:42  Order-Swanson-Sales Tax     1   glv    A15112          0.09
07/01/2004  13:55  Payroll Paid               10   jcs    J5332          18.48
07/01/2004  13:59  Payroll Paid               10   jcs    J5354           9.00
07/19/2004  10:05  Order-Swanson               1   glv    A21669          9.76
07/19/2004  10:05  Order-Swanson-Sales Tax     1   glv    A21669          0.09
08/04/2004  15:07  Payroll Paid               10   jcs    J6930          18.48
08/04/2004  15:14  Payroll Paid               10   jcs    J6958           9.00
08/10/2004  11:16  Order-Swanson               1   OsRa   A26650         40.15
08/10/2004  11:16  Order-Swanson-Sales Tax     1   OsRa   A26650          0.41
```